**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01126-CV

## IN RE JOHN REEDER, Relator

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 66-738-86**

# ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ADA BROWN
         JUSTICE